# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 20, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136738(55)

RODNEY MCCORMICK,
          Plaintiff-Appellant,

v

SC: 136738
COA: 275888
Genesee CC: 06-083549-NI

LARRY CARRIER,
          Defendant,

and

ALLIED AUTOMOTIVE GROUP, INC.,
indemnitor of GENERAL MOTORS
CORPORATION,
          Defendant-Appellee.
_____/

On order of the Court, upon reviewing the stipulation of the parties, the caption of this case is changed as indicated above, and General Motors Corporation is DISMISSED as a party in interest.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2009

_____
Clerk

p0818